

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 5, 2021

**By Email**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

     Re:    *United States v. Elizabeth Brought*, 21 Mag. 7381

Dear Judge Krause:

     In light of the arrest of the defendant in the above-referenced matter, the Government respectfully requests that the complaint be unsealed.

     Respectfully submitted,

     AUDREY STRAUSS
     United States Attorney

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

By: _____
     Kevin Sullivan
     Assistant United States Attorney
     (914) 993-1924

Dated: August 6, 2021