U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

> APPLICATION GRANTED: The government's sentencing submission is due 1/5/2024.
>
> SO ORDERED:
>
> /s/ Vincent Briccetti
> Vincent L. Briccetti, U.S.D.J.    1/3/2024

**VIA ECF & E-MAIL**
The Honorable Vincent Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Elizabeth Brought*, 23 Cr. 455 (VB)

Dear Judge Briccetti:

The Government respectfully submits this letter on consent to request an extension to January 5, 2023 to file its sentencing submission in the above-referenced case, currently due today, January 3, 2023. On December 27, 2023, Ricard Willstatter, counsel for the defendant, Elizabeth Brought, filed a substantial sentencing submission, including a mitigation report and a sealed letter, among other items, that more specifically address considerations under 18 U.S.C. § 3553(a) and other mitigators. In light of the intervening holiday this past week, and the defense materials submitted, the Government respectfully requests the additional time to complete its thorough review and consideration of the points raised in the defense's submission and to prepare its submission to more fully addresses the relevant factors under 18 U.S.C. § 3553(a). Defense counsel consents to the Government's request for an extension. This is the first such request by the Government.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Kevin T. Sullivan
Kevin T. Sullivan
Assistant United States Attorney

cc:   Richard D. Willstatter, Esq.